FILED
09 FEB 23 PM 12: 30
RICHARD W. [WIEKING]
CLERK, U.S. [DISTRICT COURT]
[NORTHERN DISTRICT OF CALIFORNIA]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

No. C  CV 09 80 035 MISC

Eric William Conner - #145616

VRW

_____/

**ORDER TO SHOW CAUSE**

It appearing that Eric William Conner has been disbarred by the Supreme Court of California effective October 24, 2008.

**IT IS ORDERED**

That respondent show cause in writing on or before March 26, 2009 as to why his name should not be removed from the roll of attorneys authorized to practice before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Eric William Conner
Attorney At Law
1030 S. Hutchins Street, #4-261
Lodi, CA 95240