FILED

APR 08 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                       No CV-09-80035 MISC VRW

Eric William Conner,

    State Bar No 145616                  ORDER

_____/

        On February 23, 2009, the court issued an order to show cause (OSC) why Eric William Conner should not be removed from the roll of attorneys authorized to practice law before this court, based upon his disbarment by the Supreme Court of California, effective October 24, 2008.

        The OSC was mailed to Mr Conner's address of record with the State Bar. No response to the OSC has been filed.

        The court now orders Eric William Conner removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

        IT IS SO ORDERED.

                                  VAUGHN R WALKER
                                  United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Eric William Conner,

        Plaintiff,

_____/

Case Number: CV09-80035 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 8, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric William Conner
1030 S Hutchins Street, #4-261
Lodi, CA 95240

Dated: April 8, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk
*Cora Klein*